# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAKOTA SOK KOCHE, | Case No. 1:25-cv-00572-SKO |
| Plaintiff, | **ORDER TRANSFERRING CASE** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

In light of the Local Rules, Plaintiff is advised that, as this is an action or proceeding that arises in the county of Stanislaus, this case will be transferred out of the District Court in the Fresno division, and to the District Court in the Sacramento division. *See* E.D. Cal. Local Rule 120(d).

Accordingly, IT IS HEREBY ORDERED that:

1. This case is transferred to the Sacramento Division of the United States District Court for the Eastern District of California; and
2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

    United States District Court
    Eastern District of California
    501 I Street, Room 4-200
    Sacramento, CA 95814

Plaintiff Dakota Sok Koche's Motion to Proceed *In Forma Pauperis*, (Doc. 2), remains pending.

IT IS SO ORDERED.

Dated: __May 15, 2025__              /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE